IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 MAR 30 P 2: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Thomas B. Strong SR
1516 N. Bond St.
Balto. Md. 21213
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Dept. of Veterans Affairs
Ronald J. Henke
Phil Loyden
Hopkins Plaza
Balto., Md. 21201
*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: RDB-09-CV-3272
*(Leave blank. To be filled in by Court.)*

WMN 11 CV 0833

\* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) Acting as co-conspirator with Mrs. Catina Gilmore-Jones major fraud Identy theft

2. The facts of this case are:

Along with MR. Ronald J. Henke and MR. Phil Louden with ongoing conspiracy against Thomas Barry Strong of 1516 N. Bond St. Balto., Md. 21213 for discrimination against the Dissabled & Political Discrimination; and Invasion of Privacy Identity theft.

3. The relief I want the court to order is:

☒ Damages in the amount of: $50,000.00

☒ An injunction ordering: *Return of Plaintiffs' private records*

☐ Other (explain) _____

_MAR. 30, 2011_
(Date)

(Signature)

1516 N. Bond St.
Balto., Md 21213
443-750-3628

(Printed name, address and phone number of Plaintiff)

### Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.